**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

BA Sports Nutrition, LLC., d/b/a DrinkBodyArmor.com.

           Defendant.

**FILED**
**CLERK**
1:51 pm, Feb 19, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Case No. 2:20-cv-4849

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Forest Hills, New York
        February 18, 2021

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomlawNY.com

*Attorneys for Plaintiff*

**SO ORDERED:**

_/s/ JOANNA SEYBERT_____
    Joanna Seybert, U.S.D.J.

The Clerk of the Court is directed to mark this case CLOSED.

Dated: February 19, 2021
      Central Islip, New York